| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Hub Dub, Ltd.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   46-1484864

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3959 Bur Wood Drive<br>Suite 200<br>Waukegan, IL 60085 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lake<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**   Hubdubltd.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    Hub Dub, Ltd.    Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4931

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
    - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor  Hub Dub, Ltd._____  Case number (*if known*)_____
      Name

---

**11. Why is the case filed in *this district?***  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

**Where is the property?**    _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency    _____
       Contact name    _____
       Phone    _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  Hub Dub, Ltd.                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 20, 2023
              MM / DD / YYYY

**X** /s/ Edward Levine                               Edward Levine
Signature of authorized representative of debtor      Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Joel Schechter                              Date   June 20, 2023
Signature of attorney for debtor                             MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 332-0267      Email address  joelschechter1953@gmail.com

3122099 IL
Bar number and State

| Debtor | Hub Dub, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 20, 2023
   MM / DD / YYYY

X _____     Edward Levine
Signature of authorized representative of debtor     Printed name

Title   President

**18. Signature of attorney**

X _____     Date   June 20, 2023
Signature of attorney for debtor             MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 332-0267     Email address   joelschechter1953@gmail.com

3122099 IL
Bar number and State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Hub Dub, Ltd. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADT Security Services P.O. Box 371878 Pittsburgh, PA 15250-7878 | | Security Services | | | | $329.73 |
| Amazon Logistics P.O. Box 24708 Seattle, WA 98124-0708 | | freight charges | | | | $18,769.88 |
| Cabot Properties Property Management 150 Pierce Road Sui8te 210 Itasca, IL 60143 | | Rent | Disputed | | | $722,761.05 |
| Capital One P.O. Box 4069 Carol Stream, IL 60197 | | Credit card purchases | | | | $14,046.02 |
| Chase P.O. Box 6294 Carol Stream, IL 60197-6294 | | Credit card purchases | | | | $110,469.35 |
| Chase P.O. Box 6294 Carol Stream, IL 60197-6294 | | Credit card purchases | | | | $34,615.13 |
| Coyote, a UPS Company 960 North Point Parkway Alpharetta, GA 30005 | | freight charges | | | | $31,634.83 |
| Funding Circle USA P.O. Box 206536 Dallas, TX 75320 | | | | $59,257.02 | $0.00 | $59,257.02 |

Debtor  Hub Dub, Ltd.                                   Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Go Chara's Corp<br>3959 Bur Wood Drive<br>Suite 300<br>Waukegan, IL 60085 | | | | | | $240,356.61 |
| Ingram Micro Inc.<br>P.O. Box 7410795<br>Chicago, IL 60674 | | Trade debt | | | | $2,927.32 |
| OEC Logistics, Inc.<br>555 Pierce Road<br>Suite 210<br>Itasca, IL 60143 | | freight charges | Disputed | | | $29,635.00 |
| Randstad US<br>One Overton Park<br>3625 Cumberland Blvd.<br>Suite 600<br>Atlanta, GA 30339 | | Trade debt | | | | $3,573.55 |
| U.S. Small Business Administration<br>Covid EIDL Service Center<br>14925 Kingsport Road<br><br>Fort Worth, TX 76155 | | | | $524,168.08 | $0.00 | $524,168.08 |
| Uber Freight, LLC<br>P.O. Box 74007178<br>Chicago, IL 60674 | | freight charges | | | | $23,961.86 |

```
ADT Security Services
P.O. Box 371878
Pittsburgh, PA 15250-7878


AG Adjustments
740 Walt Whitman Road
Melville, NY 11747


Amazon Logistics
P.O. Box 24708
Seattle, WA 98124-0708


C2C Resources, LLC
3445 N. Causeway Blvd. Suite 205
Metairie, LA 70002


Cabot Industrial Value Fund VI Operating
c/o Sanford Kahn, LLP
180 North LaSalle Street Suite 2025
Chicago, IL 60601


Cabot Properties
One Beacon Street Suite 2800
Boston, MA 02108


Cabot Properties Property Management
150 Pierce Road Sui8te 210
Itasca, IL 60143


Capital One
P.O. Box 4069
Carol Stream, IL 60197


Chase
P.O. Box 6294
Carol Stream, IL 60197-6294


Coyote, a UPS Company
960 North Point Parkway
Alpharetta, GA 30005


Edward Levine
503 Kelburn Road
Deerfield, IL 60015


FC Marketplace, LLC
747 Front Street 4th Floor
San Francisco, CA 94111


Funding Circle USA
P.O. Box 206536
Dallas, TX 75320


Go Chara's Corp
3959 Bur Wood Drive Suite 300
Waukegan, IL 60085
```

```
Gregory Gilpin
1470 Magnolia Drive
Crystal Lake, IL 60014


Ingram Micro Inc.
P.O. Box 7410795
Chicago, IL 60674


OEC Logistics, Inc.
555 Pierce Road Suite 210
Itasca, IL 60143


Randstad US
One Overton Park
3625 Cumberland Blvd. Suite 600
Atlanta, GA 30339


U.S. Small Business Administration
Covid EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155


Uber Freight, LLC
P.O. Box 74007178
Chicago, IL 60674
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: Hub Dub, Ltd.
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Hub Dub, Ltd. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

June 20, 2023
Date

/s/ Joel Schechter
Signature of Attorney or Litigant
Counsel for Hub Dub, Ltd.
Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
(312) 332-0267 Fax:
joelschechter1953@gmail.com